UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>             Plaintiff,<br><br>    vs.<br><br>HIGH COUNTRY HOMES OF ANZA, INC., a California Corporation; RIVER WEST, INC., an Arizona Corporation; DESERTO VERDE, LLC, a Nevada limited liability company;<br><br>             Defendants. | Case No.: 2:10-cv-01056-RLH-LRL<br><br>**O R D E R**<br><br>(Motion for Writ–#2, Motion for Temporary Restraining Order–#3, Motion to Amend/Correct–#4, Motion for Order to Show Cause–#5) |

Before the Court is General Electric Capital Corporation's, also known as GE Commercial Distribution Finance Corp., **Motion for Writ** (#2), **Motion for Temporary Restraining Order** (#3), **Motion to Amend/Correct** (#4), and **Motion for Order to Show Cause** (#5), all filed June 29, 2010. The Court has considered the moving papers, affidavit, and exhibits attached thereto. Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Writ (#2) and Motion to Amend/Correct (#4) are GRANTED. As a result, the Court has submitted an Order for Issuance of Writ of Possession to the Clerk of the Court.

1   IT IS FURTHER ORDERED that Plaintiff's Motion for Temporary Restraining
2   Order (#3) and Motion for Order to Show Cause (#5) are DENIED as moot.
3   Dated: July 1, 2010.

_____
**ROGER L. HUNT**
**Chief United States District Judge**